# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### ROANOKE DIVISION

| | | |
|---|---|---|
| RASHAD MATTHEW RIDDICK, | ) | |
|     Plaintiff, | ) | Civil Action No. 7:13-cv-00315 |
| | ) | |
| v. | ) | **DISMISSAL ORDER** |
| | ) | |
| CAPTAIN DUANE RYDER, <u>et al.</u>, | ) | By:   Norman K. Moon |
|     Defendant(s). | ) |        United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ORDERED**

that this action is **DISMISSED without prejudice** for plaintiff's failure to comply and the action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send a copy of this Order and the accompanying Memorandum Opinion to plaintiff.

ENTER: This \_\_13th\_\_ day of August, 2013.

                                              */s/ Norman K. Moon*
                                              NORMAN K. MOON
                                              UNITED STATES DISTRICT JUDGE